**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| **Bryon Scott Mitchell,** | : | Case No. 17-51659 |
| **Tara Faith Mitchell,** | : | Chapter 13 |
| Debtors. | : | Judge Caldwell |

### NOTICE OF CHANGE OF ADDRESS FOR DEBTORS

Now come Debtors, Bryon and Tara Mitchell, by and through counsel, and notify the Court as to a change in address from that listed in the petition, to the following, effective immediately:

9265 Lancaster-Kirkersville Road
Baltimore, Ohio 43105

Respectfully submitted,

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Oh 43701
Telephone: (740) 452-8439
Facsimile: (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Change of Address for Debtors** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on **November 7, 2017** addressed to:

Bryon and Tara Mitchell
9265 Lancaster-Kirkersville Rd
Baltimore OH 43105

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors